IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00262-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM JAMES RUCKER,

    Defendant.

_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that a status conference in this matter is set for **October 13, 2009 at 9:00 a.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    DATED October 5, 2009.