IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00262-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM JAMES RUCKER,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the status conference previously scheduled for **October 13, 2009 at 9:00 a.m.** is vacated and rescheduled for **October 13, 2009 at 3:30 p.m.**

    DATED October 9, 2009.