IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00262-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM JAMES RUCKER,

    Defendant.
_____

## MINUTE ORDER
_____
**Entered by Judge Philip A. Brimmer**

    It is ORDERED that a hearing to set trial in this matter is set for **October 29, 2009 at 9:00 a.m.** in Courtroom A701 before Judge Philip A. Brimmer.

DATED October 23, 2009.