**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00262-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  WILLIAM JAMES RUCKER,

    Defendant.

---

**ORDER**

---

      THIS MATTER comes before the court on the Government's Motion to Disclose Grand Jury Material To Defendant [Docket No. 48].

      HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same, and it is therefore

      ORDERED that the Government's motion is granted.  The Government may disclose grand jury materials to Defendant and his attorney in the course of discovery in this case.  It is further

      ORDERED that such materials shall only be used in defending this case; that such materials are to be disclosed only to Defendant and his attorney; that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that the defense attorney shall return such materials to counsel for the Government at the conclusion of the case.

DATED December 23, 2009.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge