**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01386-PAB
Criminal Case No. 09-cr-00262-PAB

UNITED STATES OF AMERICA,

v.

WILLIAM JAMES RUCKER,

    Defendant/Movant.

---

**FINAL JUDGMENT**

---

In accordance with the Order [Docket No. 129] entered by United States District Judge Philip A. Brimmer on July 22, 2015, the following Final Judgment is hereby entered.  It is

**ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Docket No. 126] is **DENIED** for lack of jurisdiction or, alternatively, as time-barred under 28 U.S.C. § 2255(f).  It is further

**ORDERED** that, pursuant to 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is **DENIED.**  It is further

**ORDERED** that Civil Case No. 15-cv-01386-PAB is terminated.

Dated at Denver, Colorado this 28th day of July, 2015.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

By:  s/   Kathy Preuitt-Parks

        Kathy Preuitt-Parks
        Deputy Clerk